GUARANTY TRUST COMPANY OF NEW YORK, Respondent, *v.* KINGSCOTE REALTY CORPORATION and WILLIAM BRADEN, Appellants, Impleaded with Others, Defendants.

PER CURIAM. The evidence before the referee clearly supports his finding that the land was worth $501,600. Giving due consideration to all the elements prescribed in *Heiman* v. *Bishop* (272 N. Y. 83), we are convinced that the building added at least $450,000 to the value of the land, making a total of $951,600. The amount due on the bond and mortgage was $924,965.18.

The order and the judgment appealed from should be reversed, with costs, and the motion for a deficiency judgment denied.

Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Judgment and order unanimously reversed, with costs, and motion for deficiency judgment denied.